UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CAUSE NO: 16-70401-BHL-7 |
| | ) | |
| Brien C. Lamont | ) | |
|     DEBTOR | ) | |
| | ) | Adv. Proc. No._____ |
| Brien C. Lamont, | ) | |
|     PLAINTIFF, | ) | |
| | ) | |
|     VS. | ) | |
| | ) | |
| Harrison College, ITT Technical Institute, | ) | |
| The United States Department of Education | ) | |
| and Nelnet, | ) | |
|     DEFENDANTS. | ) | |

DEBTORS' COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN

The Plaintiff for his complaint for Determination of dischargeability of student loan against the Defendants states as follows:

1. The Plaintiff Debtor filed this case under Chapter 7 of the Bankruptcy Code on April 11, 2016. This Court thus has jurisdiction over this action under 28 U.S.C. § 1334. This proceeding is a core proceeding.

2. The Plaintiff Debtor consents to the entry of final judgment by the Bankruptcy Judge;

3. The Plaintiff Debtor is Brien Cody Lamont, a resident of Evansville, Indiana who was diagnosed with mental retardation and Autism as a child.

4. Defendant Harrison College is an institute of higher learning located at 4601 Theatre Dr., Evansville Indiana 47715 where Plaintiff Debtor enrolled into classes using the online enrollment forms found on the internet advertisement in Spring 2015.

5. Defendant ITT Technical Institute is an institute of higher learning located at 10999 Stahl Road, Newburgh, Indiana 47630 where Plaintiff Debtor enrolled into classes using the online enrollment forms found on the internet advertisement in Spring 2015.

6. Defendant The United States Department of Education is the lending institution through which Defendant's ITT Technical Institute and Harrison College obtained financing for Plaintiff's educational costs.

7. Defendant The United States Department of Education's loans are serviced by Defendant Nelnet.

8. Four of the unsecured debts listed on Schedule F are a student loans owing the above named Defendants.

9. Debtor was determined to be an incapacitated individual as a result of mental retardation and suffering from Autism as a young child and is still considered to be mentally incompetent presently.

10. Plaintiff entered into the contracts with the Department of Education, Harrison College, and ITT Technical Institute in April 2015, after the diagnosis of the mental incapacity.

11. Debtor lacked the mental capacity to enter into the contract at the time the student loans were settled.

12. The promissory notes should be voided as a matter of law and the debts be discharged due to the fact that the Plaintiff Debtor lacked the capacity to enter into the contract and should be dischargeable under 11 USC § 523.

Wherefore, the Debtor prays that this Court enter an Order declaring the Student Loan Debt of the Debtor to be dischargeable in this Bankruptcy Case.

Dated: August 1, 2016

/s/Jonathan L. Albright, Jr.
Attorney for Debtors
Jonathan L. Albright, Jr.
5162 E. Stop 11 Rd., Suite 4
Indianapolis, IN 46237
Office: 317-495-9382
Fax: 317-497-5070
Email: Jon@albrightandalbright.com